RECEIVED
IN ALEXANDRIA, LA
SEP 26 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CURTIS NELSON, individually and doing business as CURTIS WRECKER SERVICE | CIVIL ACTION NO. 06-1655-A |
| -vs- | JUDGE DRELL |
| TOWN OF FERRIDAY, et al. | MAGISTRATE JUDGE KIRK |

## RULING AND ORDER

The Court has considered the "Order & Report and Recommendation of Magistrate Judge" (Document No. 9), and has conducted an independent (de novo) review of the record including the objections filed by petitioner and the response by defendants. Having done so, the Court declines to follow the recommendation.

There is considerable confusion generated by an extrajudicial letter regarding plaintiff's intent in naming the individual defendants. Accordingly, we choose not to follow the Report and Recommendation on the motion to dismiss the individuals, but, instead to order plaintiff to amend the complaint within twenty (20) days to state more clearly the plaintiff's intent as to the official

capacity/personal claims asserted. After that, if appropriate, defendants may refile the motion.

IT IS, THEREFORE, ORDERED that the Motion to Dismiss individual defendants (Document No. 5) is DENIED.

IT IS FURTHER ORDERED that the motion to dismiss, or alternatively to strike, redundant damage claims (Document No. 5) is likewise DENIED.

SIGNED on this 26th day of September, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE